On petition for review filed March 6,* petition for review allowed; the decision of the
Court of Appeals vacated and remanded to Court of Appeals for further
consideration August 22, 1991

In the Matter of the Compensation of
Randy R. Westfall, Claimant.

Randy R. WESTFALL,
*Petitioner on Review,*

*v.*

RUST INTERNATIONAL
and Underwriters Adjusting Company,
*Respondents on Review.*

(WCB 88-01147; CA A62442; SC S37923)

815 P2d 1272

David C. Force of Vick & Gutzler, Salem, filed the petition
for petitioner on review.

Bradley R. Scheminske, of Scheminske & Lyons, Portland,
filed the response for respondents on review.

David Gernant, Portland, filed a brief for *amicus curiae*
Oregon Trial Lawyers Association.

MEMORANDUM OPINION

The petition for review is allowed. The decision of the
Court of Appeals is vacated, and the case is remanded to the
Court of Appeals for further consideration in light of this
court's opinion in *Mattiza v. Foster,* 311 Or 1, 803 P2d 723
(1990).

---

* Appeal from the Court of Appeals' Order Awarding Attorney Fee dated
January 30, 1991.